UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS MARSHALL JACKSON,
FDOC Inmate No. 823916,
     Plaintiff,

vs.                                                                Case No.: 3:21cv732/MCR/EMT

MARK INCH, et al.,
     Defendants.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on September 22, 2021 (ECF No. 22).   Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of all timely filed objections.   *See* ECF No. 25.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 22) is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** as malicious for Plaintiff's abuse of the judicial process, pursuant to 28 U.S.C. § 1915A(b)(1).

3.      All pending motions are **DENIED** as moot.

4.      The clerk of court is directed to enter judgment in accordance with this order and close the case.

5.      The clerk of court is additionally directed to forward all future filings from Plaintiff to the chief magistrate judge for determination of whether the requirements of Judge Paul's sanctions order are satisfied.

**DONE AND ORDERED** this 9th day of November 2021.


*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**